IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF
CALIFORNIA,

       Plaintiff,                     2:06-cv-2254-GEB-DAD-PS

   vs.

WILLIAM DALE BLACKWELDER,

       Defendant.             ORDER

_____/

       William Dale Blackwelder, proceeding pro se, filed a notice of removal of a state criminal prosecution from Butte County Superior Court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On June 28, 2007, the magistrate judge filed findings and recommendations herein which were served on defendant Blackwelder and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Defendant Blackwelder has not filed objections to the findings and recommendations.[1]

---

[1] On June 29, 2007, defendant Blackwelder filed a document titled "Quo Warranto." The filing is dated June 21, 2007, and is captioned for filing in state court. The document is not responsive to the magistrate judge's findings and recommendations.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 28, 2007, are adopted in full;

2. Defendant Blackwelder's motion for leave to proceed in forma pauperis is denied;

3. Defendant Blackwelder's motion for leave to file notice of removal out of time is denied;

4. This action is dismissed; and

5. The underlying criminal proceeding, Case No. CM 020935 is remanded to the Butte County Superior Court.

Dated: August 10, 2007

GARLAND E. BURRELL, JR.
United States District Judge